Susan Marie Cordero-Ladner
Attorney of the Plaintiff
Physical Address:
162 Rodriguez Irizary Street,
Arecibo, Puerto Rico 00612
Postal Adress:
PO Box 996,
Arecibo, PR 00613
Personal Cellphone:
787-249-0259
Office Phone Numbers:
787-878-4387
787-880-2382
787-879-3298
787-879-3418
Email:
susan.m.cordero.2007@gmail.com

*April 14, 2022*

*This case is dismissed with prejudice. Should the copyright become registered, the plaintiff may, of course, seek vindication for future violation of the registered copyright.*

*William A. Young*
*District Judge*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT COURT OF PUERTO RICO

| | |
|---|---|
| JOSÉ RAMÓN CORDERO-LADNER, JOEY 6'1" | Civil Action No.21-cv-01009-WGY |
| Plaintiff | |
| vs. | |
| D 12, ET AL. | COPYRIGHT |
| Defendants | |

## MOTION FOR VOLUNTARY DISMISSAL OF THE COMPLAINT
## WITHOUT PREJUDICE

To the Honorable Court:

COMES NOW the plaintiff, through the undersigned attorney, and respectfully stay and pray as follows:

1. Several defendants filed motions to dismiss arguing, among others, that the claimed