# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Jose Ramon Cordero-Ladner** | CIVIL NO. 21-1009 (WGY) |
| Plaintiff | |
| V. | |
| **D12 et al** | |
| <u>Defendants</u> | |

## JUDGMENT

Pursuant to Court's Order on ECF No. 153 , The case is dismissed with prejudice. Should the copyright become registered, the plaintiff may, of course, seek vindication for future violation of the registered copyright.

The case is **HEREBY DISMISSED WITH PREJUDICE.  IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 14th day of April of 2022.

<u>s/William G. Young</u>
United States District Judge
